OPINION — AG — MEMBERS OF THE OKLAHOMA REAL ESTATE COMMISSION MAY BE LEGALLY BE PAID COMPENSATION FOR THEIR DAYS OF TRAVEL IMMEDIATELY BEFORE AND AFTER AN ACTUAL MEETING DAY IF SUCH TRAVEL IS REQUIRED DUE TO THE DISTANCE BETWEEN THE MEMBERS' RESIDENCE AND THE LOCATION OF THE MEETING. CITE: 59 O.S. 1976 Supp. 858-203, [59-858-203,], OPINION NO. APRIL 25, 1955 — AGRICULTURE (AMALIJA J. HODGINS)